UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:11CR00050AGF |
| CALDRA WILLIFORD, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the oral motion for bond or in the alternative, reconsideration of detention order of Defendant (Doc. #37), and the Report and Recommendation ("R&R") of Magistrate Judge Terry I. Adelman (Doc. #38.).

As set forth more fully in the R&R, Defendant was arrested in the Northern District of Texas on a warrant issued from this district. Following a preliminary hearing and detention hearing, Defendant was ordered detained in the district of arrest on January 12, 2011, and was transferred to this district by the U.S. Marshal. At his initial appearance in this district, Defendant made an oral request to be released on bond. Magistrate Judge Adelman issued an R&R recommending that Defendant's request be denied. Inasmuch as Defendant was ordered detained following a hearing in the district of arrest, the Court shall treat Defendant's request as an appeal from a detention order, under 18 U.S.C. § 3145(c).

Upon careful de novo review, the Court finds the reasoning of Judge Adelman in the R&R to be sound and thorough, and hereby adopts and incorporates herein the

Magistrate Judge's R&R. [Doc. #38.] For the reasons set forth in the R&R, the Court agrees that Defendant is a flight risk and a danger to the community.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Oral Motion for Bond or in the Alternative to Reconsider the Detention Order of January 12, 2011 [Doc. #37] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 11th day of May, 2011.